In the Matter of the Petition of JAMES A. DEERING, Appellant, to Vacate Proceedings of THE CITY OF NEW YORK, Respondent, to Sell Certain Premises for Non-payment of an Assessment.

(Argued June 3, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1904, which affirmed an order of Special Term denying a motion to set aside proceedings to sell certain premises owned by the petitioner for the non-payment of a certain assessment.

*Joel J. Squier* and *James A. Deering* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly, George L. Sterling* and *John F. O'Brien* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.